UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| ROGER D. DUNHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:09CV 53 SNLJ(LMB) |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of SSA | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Having reviewed the report and recommendation of the Magistrate Judge and the plaintiff's objections thereto,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge Lewis M. Blanton (#16), filed May 6, 2010 be and is **SUSTAINED, ADOPTED,** and **INCORPORATED** herein.

**IT IS FINALLY ORDERED** that the Commissioner of Social Security's decision be and is **REVERSED** and pursuant to Sentence four of 42 U.S.C. § 405(g) **REMANDED** to the Commissioner for further proceeding. This Court does not retain jurisdiction of this case.

Dated this   23rd   day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE