UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| ROGER D. DUNHAM, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 1:09CV0053 SNLJ(LMB) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion for attorney's fees (#20) and supplemental motion for attorney's fees (#22), filed August 24 and September 2, 2010. Defendant filed a response (#23) on September 7, 2010.

This Court ordered (#18) that the report and recommendation of U.S. Magistrate Judge Lewis M. Blanton (#16), filed May 6, 2010, be sustained, adopted and incorporated in the order of June 23, 2010. Plaintiff now comes pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412 and requests that this Court award her attorney's fees in the amount of $3,232.50 to be paid to plaintiff's attorney, Anthony W. Bartels, for 16.20 hours of attorney work and 5.3 hours of paralegal work on this case. The defendant has no objections to payment of the award under the EAJA directly to plaintiff's counsel. This Court finds that there are no circumstances in this case that would make an award under the EAJA unwarranted.

Accordingly,

**IT IS HEREBY ORDERED** that defendant pay fees and expenses in the amount of $3,232.50, paid directly to plaintiff's attorney, Anthony W. Bartels.

Dated this __22nd__ day of September, 2010.

```
                                        _____
                                        UNITED STATES DISTRICT JUDGE
```